FLORA HIRSH, Appellant, *v.* CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent.

First Department, May 7, 1937.

*Charles E. Scribner* of counsel [*Rabenold & Scribner*, attorneys], for the appellant.

*Albert Stickney* of counsel [*Francis S. Bensel* and *W. Frederick Knecht* with him on the brief; *Larkin, Rathbone & Perry*, attorneys], for the respondent.

PER CURIAM. The complaint states a sufficient cause of action at law though not in equity. Consequently, an answer having been interposed, the court should not have dismissed the complaint. (*Clark* v. *Levy*, 130 App. Div. 389; *Perrin* v. *Smith*, 135 id. 127; *Kraemer* v. *World Wide Trading Co., Inc.*, 195 id. 305.)

The order should be reversed, with twenty dollars costs and disbursements, and the motion denied.

Present — MARTIN, P. J., GLENNON, UNTERMYER, DORE and COHN, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied.